IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CLARENCE EUGENE JONES,   CV. 04-1510-PA

       Plaintiff,   ORDER TO DISMISS

  v.

R.H. SCHIEDLER, et al.,

       Defendants.

PANNER, District Judge.

    The parties move to dismiss this case on the basis that they have entered into a settlement agreement. The Joint Motion to Dismiss (#41) is GRANTED, and this case is DISMISSED, with prejudice.

    IT IS SO ORDERED.

    DATED this 9 day of May, 2006.

                                Owen M. Panner
                                United States District Judge

1 - ORDER